# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA

LeRoy Thomas,

      Plaintiff,

Vs.

Generac Power Systems Incorporated,

      Defendant.

4:18 CV 421 - MW-CAS

---

  Notice of filing documents/pleadings from Third Circuit Court of Madison, County Florida, which includes:

1. Plaintiff's Motion for Change of Venue
2. Court's Order Granting Change of Venue
3. Plaintiff's Second Amended Complaint

Submitted By:  LeRoy Thomas
         Plaintiff
         492 SW Tram Road
         Greenville, Florida 32331
         850 491-3404
         Email:

## Certificate of Service

I ,LeRoy Thomas, **CERTIFY** on this date, August 6., 2018 a true and correct copy of the aforementioned document was mailed, via U. S. Mail, postage prepaid to Mr. Carr Allison at 305 South Gadsden Street, Tallahassee, Florida 32301.

                           **Dated:  August 6, 2018**

LeRoy Thomas
493 SW Tram Road
Greenville, Florida 32331
Ph: (850) 491 – 3404

## IN THE CIRCUIT COURT, THIRD JUDICIAL CIRCUIT
## IN AND FOR MADISON COUNTY FLORIDA

**LEROY THOMAS,**

     **Plaintiff,**

**vs.**

**GENERAC POWER SYSTEMS INCORPORATED**

                                   **CASE NO. 16 77 CA**

     **Defendant.**

### Motion Request Transfer of Action, With Memorandum of Law

     **PURSUANT to Florida Civil Procedure, Rule 1.060(a) - Transfer of Action,** **Plaintiff** files this Motion requesting Order transferring this case, for lack of jurisdiction and improper venue, with supporting Memorandum of Law, and in support thereof states the following:

### Case History

    1.     May 27, 2016 Plaintiff filed the Complaint alleging Defendants Generac Corporation and <u>Robert D. Kern</u>, named as Generac's current president on Generac's web site, noting service be made on Generac's current president in the event Mr. Kern's is not Generac's current president. See Complaint at Para. 4.

    2.     July 20, 2016 Plaintiff filed "Notice" of filing Proof of Service of Summons and Complaint on Defendant Generac Corporation and Robert D. Kern where Defendant Generac' own in house counsel replied , " <u>Robert D. Kern no longer associated/employed with Generac for last ten (10) years"</u>.  See  subtitle which reads, "UNABLE TO LOCATE/SERVE". Generac's in house counsel nor Mr. Stewart would accept service of the Complaint on Generac's current president, nor would they provide the name of Generac's current president.

    3.     July 25, 2016 Defendant Generac filed and served an Answer to the Complain

4.      August 8, 2016 Plaintiff filed and served Reply to Defendant's Answer stating that Generac declined to accept service of Summons and Complaint for the current Generac president.

5.      August 9, 2016 Plaintiff filed and served First Request For Production of Documents.

6.      August 9, 2016 Plaintiff filed and served an Affidavit supporting the Complaint.

7.      In an effort to comply with **Florida Rules of Civil Procedure, Rule 1.200**, requiring the parties meet and confer prior to filing motion to compel discovery, Plaintiff telephoned Defendant's Counsel Mr. Stewart but was unable to obtain more definitive responses to the discovery requests.

8.      March 14, 2017 The Court ruled denying Plaintiff's Motion requesting to allege Generac's CEO, Mr. Aaron P. Jagdfeld and a temporary injunction on grounds the proposed First Amended complaint was not properly pled to support it.

9.      Discovery. Plaintiff and Defendant served Interrogatories and Request for Admissions. No deposition has been taken. Plaintiff has served Subpoena request.

10.     October 10, 2017 this Court granted Generac's Stipulation to amend the Complaint to name Generac Power Systems Incorporated as Defendant and allege Venue and Jurisdiction.

11.     On or about February 12, 2018 Plaintiff file First Amended Complaint naming Generac Power Systems Incorporated as Defendant.

12.     Plaintiff do not believe either party will be prejudiced.

13.     Considering the evidence, Subpoena Duces Tecums, see January 25, 2017 filings, naming numerous Generac dissatisfied customers there is strong likelihood of success.

### Motion Under Florida Civil Procedure, Rule 1.060(a) Transfer of case For Lack of Jurisdiction and/or Subject Matter and Improper Venue

1.      The First Amended Complaint alleges Plaintiff's residency in State of Florida and Defendant/Generac, residency in State of Wisconsin raising diversity jurisdiction, as well as, seeks temporary Injunction against Generac.

2.      Consequently, Plaintiff contends this Court lack jurisdiction/venue.

3.    Critical issue in this case is whether Generac's warranty agreement is biased against American customers in favor of International?

4.    Access to or discovery from Generac's customers, both International and some American customers, is not within this Court's jurisdiction.

5.    Plaintiff's proposed Second Amended Complaint filed concurrently, alleges Count I Federal claim under **Section 5 of Unfair Trade Act** invoking Federal Court's venue and jurisdiction.

6.    Granting leave to file the proposed Second Amended Complaint prevents duplicative actions in State and Federal courts, saving time, resources and expenses.

7.    Justice would be better served by granting Plaintiff's leave to file the proposed second amended complaint and granting the instant Motion transferring this case to Northern District Court in Tallahassee for further and final adjudication.

8.    Plaintiff, seventy-one (71) years old, disabled on fixed social security income, receiving medical treatment in Tallahassee, Florida will likely incur **irreparable harm** refilling or attempting to maintain two actions in State and Federal Courts. Many of Generic customers, especially, senior, elderly and disabled customers, in need of Generac's generators for medical emergency and necessity, have deceased, prior to knowing Generac's contract favored International customers over them.

**Wherefore**, Plaintiff, LeRoy Thomas, respectfully request this Court grant the concurrently filed Motion requesting leave to file the proposed second amended complaint and this Motion transferring this case to Northern District Court in Tallahassee, Florida for further and final adjudication. In the event this Court grant said Motion requesting Leave to file the Second Amended Complaint, Plaintiff request this Court **NOT** consider the Motion to Dismiss Count II – Breach of Contract?

**Respectfully Submitted By:**                          **Dated:  July 5, 2018**

LeRoy Thomas
493 SW Tram Road
Greenville, Florida 32331
Ph: (850) 491 – 3404

3.      Critical issue in this case is whether Generac's warranty agreement is biased against American customers in favor of International?

4.      Access to or discovery from Generac's customers, both International and some American customers, is not within this Court's jurisdiction.

5.      Plaintiff's proposed Second Amended Complaint filed concurrently, alleges Count I Federal claim under **Section 5 of Unfair Trade Act** invoking Federal Court's venue and jurisdiction.

6.      Granting leave to file the proposed Second Amended Complaint prevents duplicative actions in State and Federal courts, saving time, resources and expenses.

7.      Justice would be better served by granting Plaintiff's leave to file the proposed second amended complaint and granting the instant Motion transferring this case to Southern District Court in Tallahassee for further and final adjudication.

8.      Plaintiff, seventy-one (71) years old, disabled on fixed social security income, receiving medical treatment in Tallahassee, Florida will likely incur **irreparable harm** refilling or attempting to maintain two actions in State and Federal Courts. Many of Generic customers, especially, senior, elderly and disabled customers, in need of Generac's generators for medical emergency and necessity, have deceased, prior to knowing Generac's contract favored International customers over them.

**Wherefore**, Plaintiff, LeRoy Thomas, respectfully request this Court grant the concurrently filed Motion requesting leave to file the proposed second amended complaint and this Motion transferring this case to Southern District Court in Tallahassee, Florida for further and final adjudication. In the event this Court grant said Motion requesting Leave to file the Second Amended Complaint, Plaintiff request this Court **NOT** consider the Motion to Dismiss Count II – Breach of Contract?

**Respectfully Submitted By:**                    Dated:  **July 5, 2018**

LeRoy Thomas
493 SW Tram Road
Greenville, Florida 32331
Ph: (850) 491 – 3404

**Certificate of Service**

I ,LeRoy Thomas, **CERTIFY** on this date, July 5, 2018 a true and correct copy of the

aforementioned document was mailed, via U. S. Mail, postage prepaid to Mr. Carr

Allison at 305 South Gadsden Street, Tallahassee, Florida 32301.


**Dated:  July 5, 2018**

**LeRoy Thomas**
493 SW Tram Road
Greenville, Florida 32331
Ph: (850) 491 – 3404

Filing # 77351180 E-Filed 09/02/2018 07:56:16 PM

IN THE CIRCUIT COURT, THIRD
JUDICIAL CIRCUIT, IN AND FOR
MADISON COUNTY FLORIDA.

CASE NO. 2016-077-CA

LEROY THOMAS,

      Plaintiff,

  vs.

GENERAC POWER SYSTEMS, INC.

      Defendant.

---

## ORDER ON PENDING MOTIONS INCLUDING REMOVAL OF ACTIN TO FEDERAL COURT

**THIS CASE** was before the Court for hearing on August 28, 2018, on (i) the Plaintiff's Motion for Leave to File Amended Complaint; (ii) the Plaintiff's Motion Requesting Transfer of Venue to the United States District Court for the Northern District of Florida; and (iii) the Plaintiff's Motion to Dismiss Breach of Contract without Prejudice ("the Motions"), and having carefully considered the Plaintiff's Motions and reviewed the docket of this case, it is

**ORDERED:**

1.   The Plaintiff's Motion for Leave to File Amended Complaint is granted.

2.   The Plaintiff's Motion Requesting Transfer of Venue to the United States District Court for the Northern District of Florida is considered and deemed to constitute a Notice of Removal in accordance with Title 28, United States Code, §1441(c) based on the alleged federal law claims asserted by the Plaintiff.

3.   The Plaintiff's Motion to Dismiss Breach of Contract without prejudice was withdrawn by the Plaintiff and is therefore considered moot.

1

4.     Subject to the Plaintiff furnishing the United States District Court with a copy of the record of this case in accordance with Title 28, United States Code, §1447(b) and any other relevant provisions of Title 28, United States Code, dealing with judicial procedure, this case shall be administratively closed.

**DATE:** September 2, 2018.


_____   _   _____
Andrew J. Decker, II
Circuit Judge


Copies furnished by Florida E-Portal to:

Christopher Barkas, Esquire
S. Kyle Weaver
305 South Gadsden Street
Tallahassee, Florida 32301

Mr. Leroy Thomas
493 S.W. Tram Road
Greenville, Florida 32331

2

Filing # 77351180 E-Filed 09/02/2018 07:56:16 PM

IN THE CIRCUIT COURT, THIRD
JUDICIAL CIRCUIT, IN AND FOR
MADISON COUNTY FLORIDA.

CASE NO. 2016-077-CA

LEROY THOMAS,

        Plaintiff,

vs.

GENERAC POWER SYSTEMS, INC.

        Defendant.

_____

## ORDER ON PENDING MOTIONS INCLUDING
## REMOVAL OF ACTIN TO FEDERAL COURT

**THIS CASE** was before the Court for hearing on August 28, 2018, on (i) the Plaintiff's Motion for Leave to File Amended Complaint; (ii) the Plaintiff's Motion Requesting Transfer of Venue to the United States District Court for the Northern District of Florida; and (iii) the Plaintiff's Motion to Dismiss Breach of Contract without Prejudice ("the Motions"), and having carefully considered the Plaintiff's Motions and reviewed the docket of this case, it is

**ORDERED:**

1.     The Plaintiff's Motion for Leave to File Amended Complaint is granted.

2.     The Plaintiff's Motion Requesting Transfer of Venue to the United States District Court for the Northern District of Florida is considered and deemed to constitute a Notice of Removal in accordance with Title 28, United States Code, §1441(c) based on the alleged federal law claims asserted by the Plaintiff.

3.     The Plaintiff's Motion to Dismiss Breach of Contract without prejudice was withdrawn by the Plaintiff and is therefore considered moot.

4.    Subject to the Plaintiff furnishing the United States District Court with a copy of the record of this case in accordance with Title 28, United States Code, §1447(b) and any other relevant provisions of Title 28, United States Code, dealing with judicial procedure, this case shall be administratively closed.

**DATE:** September 2, 2018.


_____  — _____
Andrew J. Decker, II
Circuit Judge


Copies furnished by Florida E-Portal to:

Christopher Barkas, Esquire
S. Kyle Weaver
305 South Gadsden Street
Tallahassee, Florida 32301

Mr. Leroy Thomas
493 S.W. Tram Road
Greenville, Florida 32331

2

## IN THE CIRCUIT COURT, THIRD JUDICIAL CIRCUIT
## IN AND FOR MADISON COUNTY FLORIDA

**LeRoy Thomas,**

**Plaintiff,**

**vs**.

**Generac Power Systems, Incorporated**

                                                    **Case No. 16- 77- CA**

**Defendant.**

---

### (~~Proposed~~) SECOND AMENDED COMPLAINT

       **Plaintiff, LEROY THOMAS, seventy-one (71) year-old American citizen and Born Christian Saint, in good-standing, individually sues Defendant, GENERAC POWER SYSTEMS, INCORPORATED** and allege, as follows:

**1.**        This action for **Count I under Section 5 of the Federal Trade Act and Pendent State claims, Count II Negligent Misrepresentation, Count III Negligence, Count IV Breach of Agreement,** and damages exceed fifteen thousand dollars ($15,000.00), exclusive of interests, costs and fees, and **Injunctive Relief**.

### The Parties

**2.**        **Plaintiff, LeRoy Thomas**, known hereinafter as "**Thomas**", is a disabled United States senior citizen, on fixed income, during all material times of this action residing at **493 SW Tram Road** in GREENVILLE, MADISON COUNTY, FLORIDA 32331.

1

**3.** Thomas is informed and believes and thereon alleges **Defendant, Generac Power Systems, Incorporated**, known hereinafter as "**Generac or Defendant,** also goes by the name, Generac Holdings, Incorporated. is a viable for profit Corporation, with Headquarters located at 59 Hillside Road, Waukesha, Wisconsin 53186, manufacturer and distributor of power tools and generators, for domestic and internationally use, with authorized agents in, and at all times mentioned herein qualified to do business in State of Florida.  .

## Venue and Jurisdiction

**4.** Federal court has jurisdiction under **28 U.S.C. Section 1332** and Thomas a Florida resident and Generac a resident of Wisconsin or diversity jurisdiction.

**5.** Federal Court has subject matter jurisdiction pursuant to alleged violation under **Section 5 of the Federal Trade Act** and seeking recovery of damages in the amount exceeding seventy-five thousand dollars ($75,000.00) or jurisdictional amount;

## GENERAL ALLEGATIONS

**6.** Thomas alleges **Count I through Count IV** arises out of the purchase or sale of a twenty (20) Kilowatt air-cooled generator manufactured for profit and distributed by Generac and placed into the stream of commerce for sale to the public;

**7.** Thomas alleges on or about May 20, 2015 Generac delivered Thomas' twenty (20) Kilowatt air-cooled generator to his above stated address;

**8.** Thomas alleges Generac published and distributed a warranty agreement, **see attached Exhibit "A", referred to herein as "agreement",** to all purchasers of Generac generators, both domestic and international, including Thomas;

**9.** Thomas alleges on or about May 20, 2015, upon delivery of his generator through July 26, 2015, his generator failed to start;

**10.** Thomas alleges on or about July 27, 2015 Generac's authorized service dealer onsite diagnostic test found Thomas' generator was defective;

2

**11.**          Thomas alleges on or about November 1, 2015 Thomas generator again failed to start;

**12.**          Thomas alleges use of his generator was reasonable and foreseeable to Defendant;

**13.**          Thomas alleges on or about December 20, 2015 Generac's authorized service dealer <u>second</u> on site diagnostic test found Thomas' generator had a defective stator and rotor;

**14.**          Said alleged <u>second</u> diagnostic test further found Thomas' generator produced only one hundred fifty five (155) voltage of the required (240) voltage;

**15.**          Said alleged <u>second</u> diagnostic test further found Thomas' generator failed to start after three hundred fifteen (315) hours of operation;

**COUNT ONE**

**<u>Unfair Trade Practice under Federal Trade Act, Section 5</u>**

**16.**          Thomas alleges **Count I**, separate and distinct from **Count II, Count III and Count IV**, and re-alleges and incorporates by reference paragraphs 1 through 16 above, and further alleges and states, as follows:

**17.**          Generac's alleged agreement targeted seniors, elderly and disabled, such as Thomas, in need of their generators for medical emergency and necessity;

**18.**          Generac's alleged agreement beginning on page 1, **which reads,"<u>INTERNATIONAL (OUTSIDE US and CANADA) APPLICATION – Limited to (1000) hours of operation</u>**", does not afford equal coverage for all customers, American and International.

**19.**          Generac's alleged agreement specifies one thousand (1000) hours of operation for first year coverage for International customers but not Thomas, an American customers, is against and/or offensive to American policy, and laws;

**20.**       Generac's alleged agreement specifying one thousand (1000) hours of operation for first year coverage for International customers but not American customers is immoral, unmethodical, oppressive and unscrupulous;

**21.**       Generac's alleged agreement specifying one thousand (1000) hours of operation for first year coverage for International;

**22.**       Generac's alleged agreement does not specify number of hours of operation for first year coverage for American customers, such as, Thomas;

**23.**       Said alleged agreement specify one thousand (1000) hours of operation for first year coverage for International customers;

**24.**       Said alleged agreement is bias against Thomas, an American customer;

**25.**       Generac unfairly and unjustly profited from sale of their generators;

**26.**       Thomas seek Temporary Injunction barring Generac from distributing said alleged contract with sale of new generators until such time Generac modifies said contract beginning with page 1,which reads, ,"**<u>INTERNATIONAL (OUTSIDE US and CANADA) APPLICATION – Limited to (1000) hours of operation</u>**", is modified to specify equal coverage for all customers, both American and International.

**27.**       Thomas seek compensatory damages against Defendant in the sum of two hundred thousand dollars ($200,000.00);

**28.**       Thomas seek consequential damages against Defendant in the sum of thee hundred thousand dollars ($300,000.00);

**29.**       Thomas seek punitive damages against Defendant in the sum of two hundred thousand dollars ($500,000.00);

4

## COUNT TWO

## NEGLIGENT MISREPRESENTATION

**30.**        Thomas alleges **Count II**, separate and distinct from **Count III and Count IV**, and re-alleges and incorporates by reference paragraphs 1 through 16 above, and further alleges and states, as follows:

**31.**        Generac maintained a website advertising, their products, including generators, with outdated, deceptive, misleading and false information, including, naming Robert D. Kern as President and Chief Information Officer;

**32.**        Generac maintained said web site with intent Thomas rely and Thomas did rely on said information;

**33.**        Said alleged outdated, deceptive, misleading and false information misled Thomas to purchase said generator and file this lawsuit naming and alleging Generac Corporation and Robert D. Kern as defendant;

**34.**        Alternatively, beginning from January 10, 20014 through May 10, 20015, Generac committed misrepresentations, including, but not limited to, advertising and promoting their generators claiming a) 'provide long continuous uninterrupted hours of operation and b) withstand rigorous hours of daily operation';

**35.**        Herein said alleged misrepresentations  targeted seniors, elderly and disabled, especially, Americans, in need of their generators for medical necessity;

**36.**        Herein said alleged misrepresentations was designed to and did give Thomas false sense of security;

**37.**        Herein said alleged misrepresentations were false, misleading and deceptive;

**38.**        Herein said alleged misrepresentations were designed to mislead Thomas to purchase Generac's twenty (20) kilowatt generator;

**39.**          Thomas purchased Generac's generator based upon said alleged misrepresentations;

**40.**          Herein said alleged misrepresentations has and continue to deprive Thomas of basis living necessities, including, clean water;

**41.**          Herein said alleged misrepresentations has and continue to cause Thomas lost venture profits;

**42.**          Herein alleged misrepresentation hampered and prevented Thomas from participating in community and social functions and activities;

**43.**          Had Defendant not committed the herein alleged misrepresentation(s) Thomas would not have relied on and suffered the herein alleged injuries and damages;

**44.**          Thomas seek compensatory damages against Defendant in the sum of two hundred thousand dollars ($200,000.00);

**45.**          Herein alleged misrepresentations was a direct and proximate cause of Thomas' herein alleged injuries and damages;

**46.**          Thomas seek consequential damages against Defendant in the sum of two hundred thousand dollars ($200,000.00);

**47.**          **WHEREFORE, Thomas** demands judgment for monetary damages against Defendant, Generac, exceeding jurisdictional requirement, in an amount to be determined at trial, plus costs, and any further relief This Court deem just and proper.

**COUNT THREE**
**NEGLIGENCE**

**48.**          Thomas alleges **Count III**, separate and distinct from **Count I, Count II and Count IV**, and re-alleges and incorporates by reference paragraphs 1 through 16 above, and further alleges and states, as follows:

**49.**          On or about May 20, 2015 at the time Defendant shipped Thomas generator it arrived with two (2) unattached motor wires;

6

**50.**      On or about May 20, 2015 at the time Defendant shipped Thomas Thomas' generator it was defective and unreasonably dangerous;

**51.**      Beginning on or about May 20, 2015, at time Generac shipped Thomas' generator, Generac owed a duty to Thomas to a) properly assembling and  b) properly inspect Thomas' generator and c) insure it met all safety requirements;

**52.**      Defendant breached its duty to Thomas by committing one or more of the following omissions or commissions:

          a)      Negligently failing to insure Thomas' generator was properly assembled, including, but not limited to, all design specifications, including, proper wiring;

          b)      Negligently failing to properly inspect Thomas' generator to insure it met advertised specifications, including, proper voltage output;

          c)      Negligently failing to insure Thomas' generator met all safety requirements;

**53.**      On or about May 20, 2015, at time Defendant shipped Thomas' generator Defendant knew or should have known Thomas' generator was improperly wired;

**54.**      Said alleged failure to properly wire Thomas' generator existed at the time Defendant shipped Thomas' generator;

**55.**      On or about May 20, 2015, at the time Defendant shipped Thomas generator, Defendant knew or should have known Thomas' generator was not properly inspected;

**56.**      On or about May 20, 2015, at the time Defendant shipped Thomas generator, Defendant knew or should have known Thomas' generator voltage output was below advertised specification;

**57.**      Herein alleged negligent act(s) resulted from Defendant failure to use reasonable care;

**58.**        May 20, 2015 through December 10, 2015 herein alleged negligent act(s) denied Thomas use of his generator;

**59.**        Herein said alleged unsuccessful attempts to start Thomas' generator cause Thomas emotional and physical injuries;

**60.**        Herein said alleged unsuccessful attempts to start Thomas' generator caused pain in Thomas' arms, legs and back;

**61.**        Herein said alleged injuries to Thomas' arms, legs and back hampered and prevented Thomas from performing ordinary household chores;

**62.**        Herein said alleged negligent acts hampered and prevented Thomas from obtaining work on his generator, including, wiring his generator to his home;

**63.**        Herein alleged negligent acts has and continue to cause Thomas lost venture profits;

**64.**        Herein said alleged negligent acts has and continue to cause Thomas substandard living conditions;

**65.**        Herein said alleged negligent acts hampered and prevented Thomas from participating in community and social functions and activities;

**66.**        Herein said alleged negligent acts damaged Thomas' good name and reputation;

**67.**        Herein said alleged negligent acts was a reckless disregards for Thomas' safety and welfare;

**68.**        Herein said alleged negligent acts hampered and prevented Thomas from obtaining work on his generator, including, wiring his generator to his home;

**69.**        Herein said alleged negligent acts was designed with the intent for unreasonable financial profit and gains;

**70.**        Herein said alleged negligent acts amount to gross negligence;

**71.**        Herein said alleged negligent acts has and continues to cause Thomas emotional stress and physical injuries;

8

**72.**        Thomas seek compensatory damages against Generac, in the sum of two hundred thousand dollars ($200,000.00);

**73.**        Thomas seek consequential damages against Generac the sum of two hundred thousand dollars ($200,000.00);

**74.**        Thomas seek punitive damages against Generac, in the sum of four hundred thousand dollars ($400,000.00),

**75.**        Had Defendant not committed the herein alleged negligent acts Thomas would not have suffered the herein alleged injuries and damages;

**76.**        Herein alleged negligent acts were a direct and proximate cause of Thomas' alleged injuries and damages;

               **WHEREFORE, Thomas** demands judgment for monetary damages against Defendant, Generac, exceeding jurisdictional requirement, in an amount to be determined at trial, plus costs, and any further relief This Court deem just and proper.

## COUNT FOUR
## BREACH OF CONTRACT

**77.**        Thomas alleges **Count IV**, separate and distinct from **Count I, Count II and Count III**, and re-alleges and incorporates by reference paragraphs 1 through 16 above, and further alleges and states, as follows:

**78.**        Said alleged agreement, **see attached Exhibit "A" at page 1,** provides a five (5) year coverage;

**79.**        On or about October 20, 2015 Thomas informed Generac of the alleged breach of said alleged agreement by requesting Generac honor said alleged agreement to repair his generator;

**80.**        Generac maintained a practice of denying all repair requests;

**81.**        Beginning on or about October 20, 2015 through December 30, 2015 Generac breached said agreement by refusing and/or failing to repair or replace Thomas' generator;

**82.**        Said alleged agreement is vague, deceptive, ambiguous and misleading;

**83.**        Defendant failed to exercise good faith and fair dealings under said agreement;

**84.**        Generac engaged in malicious and bad faith acts, including, but not limited to, hanging up telephone, placing calls on hold and not returning, targeting Thomas' telephone number for unfair treatment, failure to address and resolve Thomas' concerns;

**85.**        Herein alleged delay repairing Thomas' generator caused Thomas to incur additional undue expenses;

**86.**        Beginning on or about October 1, 2015 through present date the herein alleged breach denied Thomas use of his generator;

**87.**        Beginning on or about October 1, 2015 through present date herein alleged breach has and continue to cause Thomas lost venture profits, exact amount to be determine at time of trial;

**88.**        Beginning on or about October 1, 2015 through present date herein alleged breach has and continue to cause Thomas substandard living conditions;

**89.**        Beginning on or about October, 2015 through present date herein alleged breach hampered and prevented Thomas from participating in community and social functions and activities;

**90.**        Herein alleged breach caused Thomas to incur a three hundred dollar ($300.00) propane gas service fee;

**91.**        Herein alleged breach caused Thomas lost of four thousand five hundred dollars ($4,500.00) paid for his generator;

**92.**        Herein alleged breach caused Thomas to incur three hundred eight hundred dollars ($380.00) service charges;

**93.**        Herein alleged breach has and continue to cause Thomas unnecessary inconvenience and severe hardships;

**94.**　　　　　Herein alleged breach caused Thomas to incur solely power expenses;

**95.**　　　　　Herein alleged breach caused Thomas to incur materials and labor costs for building his generator platform;

**96.**　　　　　Herein alleged breach has and continue to cause Thomas unnecessary expenses, including, but not limited to, purchasing and delivering water and laundry, exact amount to be determine at time of trial;

**97.**　　　　　Herein alleged breach cause Thomas to incur unnecessary expenses to wire his generator to his home;

**98.**　　　　　Herein alleged breach damaged Thomas' good name and reputation;

**99.**　　　　　Had Defendant not committed herein alleged breach Thomas would not have suffered the herein alleged damages and injuries;

**100.**　　　　　Herein alleged breach was a direct and proximate cause of herein alleged damages and injuries;

**101.**　　　　　Thomas seek compensatory damages against Generac in the sum of one hundred thousand ($100,000.00);

**102.**　　　　　Thomas seek consequential damages against Generac in the sum of twenty five thousand dollars ($25,000.00);

**103.**　　　　　Thomas seek punitive damages against Generac in the sum of three hundred thousand dollars ($300,000.00);

**104.**　　　　　Thomas pray for relief as more specifically pled herein, including costs of filing and serving lawsuit and pleadings, and any farther relief this Court deems just and proper;

　　　　　**WHEREFORE, Thomas** demands judgment for monetary damages against Defendant, Generac exceeding jurisdictional requirement, in an amount to be determined at trial, plus costs, and any further relief This Court deem just and proper.

**THOMAS DEMANDS JURY TRIAL**

**Respectfully Submitted By:**                    **Date Submitted:**
                                                  June 29, 2018
_____
**LeRoy Thomas**
Plaintiff
493 SW Tram Road
Greenville, Florida 32331
Ph: (850) 491 – 3404
Email:lethomas02000@yahoocom


### Certificate of Service

I ,LeRoy Thomas, **CERTIFY** on this date a true and correct copy of the aforementioned

document was mailed, via U. S. Mail, postage prepaid to Mr. Carr Allison at 305 South

Gadsden Street, Tallahassee, Florida 32301.

                                        **Dated:  June 29, 2018**

**LeRoy Thomas**
493 SW Tram Road
Greenville, Florida 32331
Ph: (850) 491 – 3404

# EXHIBIT "A"

# GENERAC WARRANTY AGREEMENT

# EXHIBIT "A"

**Warranty**

## GENERAC POWER SYSTEMS "FIVE YEAR" LIMITED WARRANTY FOR "AIR-COOLED EMERGENCY AUTOMATIC STANDBY GENERATORS"

For a period of five (5) years from successful activation of the unit, Generac Power Systems, Inc. (Generac) warrants that its standby generator will be free from defects in material and workmanship for the items and period set forth below. Generac will, at its option, repair or replace any part(s) which, upon examination, inspection and testing by Generac or an Authorized/Certified Generac Service Dealer, is found to be defective. Any equipment that the purchaser/owner claims to be defective must be examined by the nearest Authorized/Certified Generac Service Dealer. This warranty applies only to Generac emergency automatic standby generators used in "Standby" applications as Generac has defined Standby. Scheduled Maintenance, as outlined by the generator owner's manual, is required. This Scheduled Maintenance should be performed by an Authorized/Certified Generac Service Dealer. This will verify service has been performed on the unit throughout the warranty period.

### WARRANTY SCHEDULE



YEARS ONE and TWO – Limited comprehensive coverage on mileage, labor and parts.
YEAR THREE – Limited comprehensive coverage on parts.
YEARS FOUR and FIVE – Limited comprehensive coverage on engine (short block) and alternator (rotor and stator) parts only.

INTERNATIONAL (OUTSIDE US AND CANADA) APPLICATION – Limited to 1000 hours of operation.
YEARS ONE and TWO – Limited comprehensive coverage on mileage, labor and parts.
YEAR THREE – Limited comprehensive coverage on parts.

### GUIDELINES:

1. Travel allowances are limited to 100 miles maximum and three (3) hours maximum (per occurrence) round trip to the nearest Authorized/Certified Generac Service Dealer.
2. Warranty begins upon the successful activation of the unit.
3. Unit should be Registered and Proof of Purchase and Maintenance must be available.
4. Warranty is transferable between ownership of original installation site.
5. Warranty only applies to permanently wired and mounted units.
6. Any and all warranty repairs and/or concerns, must be performed and/or addressed by an Authorized/Certified Generac Service Dealer, or branch thereof. Repairs or diagnostics performed by individuals other than Authorized/Certified Generac Service Dealers not authorized in writing by Generac will not be covered.
7. A Generac Transfer Switch is highly recommended to be used in conjunction with the generator set. If a Non-Generac Transfer Switch is substituted for use and directly causes damage to the generator set, no warranty coverage shall apply.
8. Steel enclosures are warranted against rusting for the first year of ownership only. Damage caused after receipt of generator is the responsibility of the owner and is not covered by this warranty. Nicks, scrapes, dents or scratches to the painted enclosure should be repaired promptly by the owner.
9. All warranty expense allowances are subject to the conditions defined in Generac's General Service Policy Manual.

### THIS WARRANTY SHALL NOT APPLY TO THE FOLLOWING:

1. Any unit built/manufactured prior to 2013 Models with the Evolution Controller.
2. Damage to any covered components or consequential damages caused by the use of a non-OEM part will not be covered by the warranty.
3. Costs of normal maintenance (i.e. tune-ups, associated part(s), adjustments, loose/leaking clamps, installation and start-up).
4. Units sold, rated or used for "Prime Power", "Trailer Mounted" or "Rental Unit" applications as Generac has defined Prime Power, Trailer Mounted or Rental Unit. Contact a Generac Distributor for Prime Power, Trailer Mounted or Rental Unit definition.
5. Damage to the generator system (including transfer switch) caused by improper installation, maintenance or costs necessary to correct installation.
6. Units used for Prime Power in place of existing utility power (where utility power is present) or in place of utility power where utility power service does not normally exist.
7. Fuel connections other than conventional utility company supplied natural gas systems or conventional LP vapor withdrawal systems.
8. Any failure caused by contaminated fuels, oils, coolants/antifreeze or lack of proper fuels, oils or coolants/antifreeze.
9. Steel enclosures that are rusting due to the improper installation, location in a harsh or saltwater environment or scratched where integrity of paint applied is compromised.
10. Failures due, but not limited, to normal wear and tear, accident, misuse, abuse, negligence or improper installation. As with all mechanical devices, the Generac engines need periodic part(s) service and fluid replacement to perform as designed. This warranty will not cover repair when normal use has exhausted the life of a part(s) or engine.
11. Failures caused by any external cause or act of God, such as collision, theft, vandalism, riot or wars, nuclear holocaust, fire, freezing, lightning, earthquake, windstorm, hail, volcanic eruption, water or flood, tornado or hurricane.
12. Damage related to rodent and/or insect infestation.
13. Products that are modified or altered in a manner not authorized by Generac in writing.
14. Covered warranty labor rates are based on normal working hours. Overtime, holiday, or emergency labor costs for repairs outside of normal business hours will be the responsibility of the customer.
15. Any incidental, consequential or indirect damages caused by defects in materials or workmanship, or any delay in repair or replacement of the defective part(s).
16. Failure due to misapplication.

# Warranty

17. Telephone, cellular phone, facsimile, internet access or other communication expenses.
18. Living or travel expenses of person(s) performing service, except as specifically included within the terms of a specific unit warranty period.
19. Expenses related to "customer instruction" or troubleshooting where no manufacturing defect is found.
20. Rental equipment used while warranty repairs are being performed and/or overnight freight costs for replacement part(s).
21. Costs incurred for equipment used for removal and/or reinstallation of generator, (i.e.: cranes, hoists, lifts, etc.)
22. Planes, ferries, railroad, buses, helicopters, snowmobiles, snow-cats, off-road vehicles or any other mode of transport deemed abnormal.
23. Starting batteries, fuses, light bulbs and engine fluids.

THIS WARRANTY IS IN PLACE OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED. SPECIFICALLY, GENERAC MAKES NO OTHER WARRANTIES AS TO THE MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Any implied warranties which are allowed by law, shall be limited in duration to the terms of the express warranty provided herein. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you. GENERAC'S ONLY LIABILITY SHALL BE THE REPAIR OR REPLACEMENT OF PART(S) AS STATED ABOVE. IN NO EVENT SHALL GENERAC BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES, EVEN IF SUCH DAMAGES ARE A DIRECT RESULT OF GENERAC'S NEGLIGENCE. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation may not apply to you. This warranty gives you specific legal rights. You also have other rights from state to state.

**FOR AUSTRALIA ONLY:** Our goods come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and for compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure. For Service or other product inquiries in Australia, please contact Allpower by phone at 1800-333-428 or visit Allpower's website at www.allpower.com.au.

**FOR NEW ZEALAND ONLY:** Nothing in this warranty statement excludes, restricts or modifies any condition, warranty right or remedy which pursuant to the New Zealand Legislation (Commonwealth or State) including the Fair Trading Practices Act of 1986 or the Consumer Guarantees Act 1993 ("CGA") applies to this limited warranty and may not be so excluded, restricted or modified. Nothing in this statement is intended to have the effect of contracting out of the provisions of the CGA, except to the extent permitted by that Act, and these terms are to be modified to the extent necessary to give effect to that intention. If you acquire goods from Generac Power Systems or any of its authorized resellers and distributors for the purposes of a business, then pursuant to section 43(2) of the CGA, it is agreed that the provisions of the CGA do not apply. For Service or other product inquiries in New Zealand, please contact Allpower by phone at 09-269-1160 or visit Allpower's website at www.allpower.com.nz.

**GENERAC POWER SYSTEMS, INC. • P.O. BOX 8 • Waukesha, WI, USA 53187**

**Ph: (888) GENERAC (436-3722) • Fax: (262) 544-4851**

**To locate the nearest Authorized Dealer and to download schematics, exploded parts views and parts lists visit our website: www.generac.com**

# Garantía

incendio, congelación, rayos, terremotos, tormentas, granizo, erupción volcánica, agua o inundación, tornado o huracán.

12. Los daños ocasionados por infestaciones de roedores y/o insectos.

13. Los productos que sean modificados o alterados de una forma no autorizada por escrito por Generac.

14. Los costos de mano de obra cubiertos por la garantía se basan en horas normales de trabajo. Costos de sobretiempos, feriados, o trabajos de emergencia por reparaciones fuera de horas normales de trabajo serán responsabilidad del cliente.

15. Cualquier daño incidental, consecuente o indirecto ocasionado por defectos en los materiales o fabricación, o cualquier retraso en la reparación o el reemplazo de la(s) pieza(s) defectuosa(s).

16. Las fallas por mal uso.

17. Los costos de teléfono, teléfono móvil, facsímil, acceso a internet u otros costos de comunicación.

18. Gastos de estadía o de transporte de la persona o personas que llevan a cabo el servicio, excepto según lo incluido específicamente dentro de los términos de un período de garantía específico de una unidad.

19. Los costos generados por "instrucciones del cliente" o por la localización y corrección de fallas para las que no se encuentre ningún defecto de fabricación.

20. El equipo de alquiler usado mientras se realizan las reparaciones de la garantía y/o los envíos nocturnos para las piezas de recambio.

21. Los costos incurridos por equipo usado para el retiro y/o reinstalación de generador, (es decir: grúas, montacargas, ascensores, etc.)

22. Aviones, transbordares, autobuses, helicópteros, motonieves, vehículos todoterreno o cualquier modo de transporte considerado anormal.

23. Las baterías de arranque, los fusibles, las bombillas de luz y los líquidos del motor.

ESTA GARANTÍA REEMPLAZA A TODAS LAS OTRAS GARANTÍAS, EXPRESADAS O IMPLÍCITAS. ESPECÍFICAMENTE, GENERAC NO OFRECE NINGUNA OTRA GARANTÍA EN CUANTO A LA COMERCIABILIDAD O IDONEIDAD PARA ALGÚN PROPÓSITO EN PARTICULAR. Cualquier garantía implícita permitida por la ley, será limitada en su duración a los términos de la garantía expresa proporcionada en el presente. Algunos estados no permiten limitaciones en cuanto a la duración de una garantía implícita, así que la limitación anterior puede no aplicarse a usted. LA ÚNICA RESPONSABILIDAD DE GENERAC SERÁ LA DE REPARAR O REEMPLAZAR LA PIEZA COMO SE INDICÓ ANTERIORMENTE. EN NINGÚN CASO GENERAC SERÁ RESPONSABLE POR DAÑOS INCIDENTALES O CONSECUENTES, INCLUSO SI TALES DAÑOS SON POR NEGLIGENCIA DIRECTA DE GENERAC. Algunos estados no permiten la exclusión o la limitación de daños incidentales o consecuentes, así que las limitaciones anteriores pueden no aplicarse usted. Esta garantía proporciona derechos legales específicos a usted. Usted también tiene otros derechos de estado a estado.

SOLO PARA AUSTRALIA: Nuestros productos se entregan con garantías que no pueden ser excluidas según la Australian Consumer Law (Ley australiana de consumidores). Usted tiene derecho a sustitución o reembolso por un fallo mayor y a compensación por cualquier otra pérdida o daño razonable previsible. Usted también tiene derecho a que los bienes sean reparados o sustituidos si los bienes no son de calidad aceptable y la falla no llega a ser un fallo mayor. Para consultas sobre servicio u otros productos en Australia, comuníquese con Allpower por teléfono al 1800-333-428 o visite el sitio Web de Allpower en www.allpower.com.au.

SOLO PARA NUEVA ZELANDA: Nada de esta declaración de garantía excluye, restringe o modifica ninguna condición, derecho de garantía o solución que, conforme a la legislación de Nueva Zelanda (Comunidad o Estado), incluso la Fair Trading Practices Act (Ley de transacciones comerciales justas) de 1986 o la Consumer Guarantees Act (Ley de garantías de los consumidores, "CGA") de 1993, se aplique a esta garantía limitada y por lo tanto no puede ser sometida a exclusiones, restricciones o modificaciones. Nada de esta declaración tiene el propósito de tener efecto de contratar fuera de las previsiones de la CGA, excepto con el alcance permitido por la ley y estos términos se deben modificar con el alcance necesario para hacer efectiva esta intención. Si adquiere bienes de Generac Power Systems o alguno de sus revendedores y distribuidores autorizados con propósitos comerciales, entonces, conforme a la sección 43(2) de la CGA, se acuerda que no se aplican las previsiones de la CGA. Para consultas sobre servicio u otros productos en Nueva Zelanda, comuníquese con Allpower por teléfono al 09-269-1160 o visite el sitio Web de Allpower en www.allpower.com.nz.

## Garantie

guerre, un holocauste nucléaire, un incendie, un gel, la foudre, un séisme, une tempête, la grêle, une éruption volcanique, l'eau ou une inondation, une tornade ou un ouragan.
12. Les dommages dus à des rongeurs et / ou insectes.
13. Les produits modifiés ou altérés d'une façon n'ayant pas été autorisée par écrit par Generac.
14. Le taux de main-d'œuvre couvert par la garantie est basé sur les heures normales de travail. Les heures supplémentaires, les vacances ou les coûts salariaux pour les réparations d'urgence en dehors des heures normales de travail seront à la charge du client.
15. Les dommages accessoires, importants ou indirects causés par des défaillances matérielles ou de fabrication, ou par tout retard de réparation ou de remplacement de la ou des pièce(s) défectueuses.
16. Les défaillances dues à une mauvaise application.
17. Les frais de téléphone, de téléphone portable, de fax, d'accès à Internet ou d'autres moyens de communication.
18. Les frais d'hébergement ou de transport de la ou des personne(s) réalisant l'entretien, sauf si cela est spécifiquement inclus dans les termes d'une période de garantie d'une unité spécifique.
19. Les dépenses liées à « l'instruction du client » ou au dépannage lorsqu'aucun défaut n'est détecté.
20. Les équipements loués utilisés pendant la réalisation des réparations dans le cadre de la garantie et/ou les frais de transport de nuit pour la (les) pièce(s) de rechange.
21. Les coûts engagés pour l'équipement utilisé pour l'enlèvement et/ou la réinstallation de la génératrice, (par exemple : des grues spéciales, des palans, systèmes de levage, etc.)
22. Les avions, les traversiers, le chemin de fer, les autobus, les hélicoptères, les motoneiges, les dameuses, les véhicules hors route ou tout autre moyen de transport considéré comme inhabituel.
23. Les batteries de démarrage, fusibles, ampoules et fluides du moteur.

LA PRÉSENTE GARANTIE REMPLACE TOUTES LES AUTRES GARANTIES, IMPLICITES OU EXPLICITES. EN PARTICULIER, GENERAC N'ÉMET AUCUNE GARANTIE DE CONFORMITÉ OU D'USAGE POUR UN OBJECTIF PARTICULIER. Toutes les garanties implicites qui sont autorisées par loi, seront limitées dans la durée selon les termes de la présente garantie. Certains États et provinces ne permettent pas la limitation de la durée des garanties implicites. La limitation mentionnée ci-dessus pourrait donc ne pas s'appliquer à votre cas. GENERAC NE SERA RESPONSABLE QUE DE LA RÉPARATION OU DU REMPLACEMENT DE LA OU DES PIÈCES TEL QUE SUSMENTIONNÉ. EN AUCUN CAS GENERAC NE POURRA ÊTRE TENU RESPONSABLE DE TOUT DOMMAGE ACCESSOIRE OU IMPORTANT, MÊME SI CE DOMMAGE DÉCOULE DIRECTEMENT D'UNE NÉGLIGENCE DE GENERAC. Certains États ou provinces ne permettent pas l'exclusion ou la restriction des dommages indirects ou accessoires. Les restrictions mentionnées ci-dessus pourraient donc ne pas s'appliquer à votre cas. Cette garantie vous donne des droits légaux spécifiques. Votre état vous confère également d'autres droits.

**POUR L'AUSTRALIE UNIQUEMENT :** Nos produits sont fournis avec des garanties qui ne peuvent être exclues en vertu de la loi australienne sur la consommation (Australian Consumer Law). Vous avez le droit à un remplacement ou un remboursement pour une défaillance majeure et à une indemnisation pour toute autre perte ou dommage raisonnablement prévisible. Vous disposez également d'un droit à la réparation ou au remplacement si les produits ne sont pas d'une qualité acceptable et si cette défaillance n'est pas considérée comme majeure. Pour tout renseignement supplémentaire sur les produits ou sur le service en Australie, veuillez communiquer avec Allpower par téléphone au +61 1800-333-428 ou vous rendre sur le site Internet à cette adresse : www.allpower.com.au.

**POUR LA NOUVELLE-ZÉLANDE UNIQUEMENT :** Cette garantie s'ajoute

## Garantía

### GARANTÍA LIMITADA DE "CINCO AÑOS" DE GENERAC POWER SYSTEMS PARA LOS "GENERADORES AUTOMÁTICOS DE RESPALDO DE EMERGENCIA ENFRIADOS POR AIRE"

Durante un período de cinco (5) años desde la fecha de activación exitosa de la unidad, Generac Power Systems, Inc. (Generac) garantiza que sus generadores de respaldo estarán libres de defectos de material y mano de obra para los ítems y el período indicados a continuación. (Generac) garantiza que su generador de respaldo estará libre de defectos en los materiales y fabricación para los artículos y durante el período que se indica a continuación. Generac, a su propio juicio, decidirá si repara o reemplaza cualquier parte(s) que, después de ser examinada, inspeccionada y probada por Generac o por un Centro de Servicio de Garantía Autorizado/Certificado de Generac se identifica como defectuosa. Cualquier equipo que el comprador/propietario reclame como defectuoso debe ser examinado por el concesionario de servicio Autorizado/Certificado por Generac más cercano. Esta garantía se aplica sólo a los generadores de respaldo automáticos de emergencia Generac usados en aplicaciones de "Respaldo" tal como Generac ha definido la palabra "Respaldo" Es necesario el mantenimiento programado, tal como se describe en el manual del propietario del generador. Este Mantenimiento Programado deberá ser realizado por un concesionario de servicio autorizado o certificado por Generac. Este verificará que el servicio haya sido dado a la unidad a través de todo el período de garantía.

### PROGRAMA DE LA GARANTÍA

AÑOS UNO y DOS – Cobertura completa limitada en el kilometraje, mano de obra y partes.
AÑO TRES - Amplía cobertura limitada en las piezas.
AÑOS CUATRO y CINCO - Cobertura completa limitada sobre el motor (bloque corto) y solo sobre piezas para el alternador (rotor y estator).

APLICACIÓN INTERNACIONAL (FUERA DE EE. UU. Y CANADÁ) - Limitada a 1000 horas de funcionamiento.
AÑOS UNO y DOS - Cobertura completa limitada sobre el millaje, mano de obra y piezas.
AÑO TRES - Cobertura completa limitada sobre las piezas.

### LINEAMIENTOS:

1. Los gastos de transporte están limitados a 100 millas máximo y tres (3) horas máximo (por occurrencia) viaje de ida y vuelta al distribuidor autorizado/certificado más cercano de Generac.
2. La garantía comienza con la activación exitosa de la unidad.
3. La unidad deberá ser registrada y deben estar disponibles el comprobante de compra y de mantenimiento.
4. La garantía es transferible entre el propietario del sitio de instalación original.
5. La garantía sólo aplica a unidades permanentemente cableadas y montadas.
6. Cualquiera y todas las reparaciones y/o preocupaciones por garantía deben ser realizadas y/o dirigidas por un concesionario de servicio autorizado/certificado por Generac, o sus filiales. Reparaciones o diagnósticos realizados por individuos que no sean concesionarios autorizados/certificados por Generac no autorizados por escrito por Generac no serán cubiertas.
7. Un interruptor de transferencia de Generac es altamente recomendado para usarse junto con el generador. Si se reemplaza por un interruptor de transferencia que no es de Generac y causa daño directo al generador, no se aplicará garantía alguna.
8. Las cajas de acero están garantizadas contra el óxido durante el primer año de posesión solamente. Los daños causados después de la recepción del generador es responsabilidad del propietario y no están cubiertos por esta garantía. Las mellas, rasguños o rayaduras a la caja pintada deberán ser reparados inmediatamente por el propietario.
9. Todos los gastos por garantía están sujetos a las condiciones definidas en el Manual de póliza de servicio general de Generac.

### ESTA GARANTÍA NO SE APLICARÁ PARA LO SIGUIENTE:

1. Toda unidad fabricada o construida antes de los modelos 2013 con el controlador Evolution.
2. Los daños a cualquier componente o los daños emergentes causados por el uso de una pieza que no sea OEM no estarán cubiertos por la garantía.
3. Costos de mantenimiento normal (por ejemplo afinamientos, repuestos asociados, ajustes, abrazaderas sueltas o con fugas, instalación y arranque).
4. Unidades vendidas, nominadas o usadas para aplicaciones de "energía primaria", "montadas en tráiler" o "unidades de alquiler" tal como Generac ha definido estos términos. Póngase en contacto con un distribuidor de Generac para conocer las definiciones de energía primaria, montado en tráiler o unidad de alquiler.
5. Los daños al sistema del generador (incluyendo el interruptor de transferencia) ocasionados por instalación inapropiada, mantenimiento o costos necesarios para corregir la instalación.
6. Las unidades usadas para energía primaria en lugar de la energía pública existente (donde la energía pública esté presente) o en lugar de la energía pública donde este servicio no existe normalmente.
7. Las conexiones del combustible que no sean de sistemas de gas natural suministrado por compañía de servicios públicos convencional o sistemas de entrega de vapor de PL convencional.
8. Cualquier falla causada por combustibles contaminados, aceites, refrigerantes, anticongelantes o la falta de combustibles, aceites o refrigerantes y anticongelantes apropiados.
9. Las cajas de acero que se están oxidando debido a una instalación inapropiada, ubicación en un ambiente severo o de agua salada o rayadas donde la integridad de la pintura aplicada se ve comprometida.
10. Las fallas, entre otros, por el desgaste normal, accidentes, mal uso, abuso, negligencia o instalación incorrecta. Como con todos los dispositivos mecánicos, las piezas de los motores de Generac necesitan servicio y reemplazo del fluido periódicamente para tener el desempeño esperado. Esta garantía no cubrirá la reparación cuando el uso normal haya agotado la vida de una pieza o del motor.
11. Las fallas causadas por cualquier causa externa o de fuerza mayor, tales como, colisión, robo, vandalismo, disturbios o guerras, holocausto nuclear,

# Garantie

guerre, un holocauste nucléaire, un incendie, un gel, la foudre, un séisme, une tempête, la grêle, une éruption volcanique, l'eau ou une inondation, une tornade ou un ouragan.

12. Les dommages dus à des rongeurs et / ou insectes.

13. Les produits modifiés ou altérés d'une façon n'ayant pas été autorisée par écrit par Generac.

14. Le taux de main-d'œuvre couvert par la garantie est basé sur les heures normales de travail. Les heures supplémentaires, les vacances ou les coûts salariaux pour les réparations d'urgence en dehors des heures normales de travail seront à la charge du client.

15. Les dommages accessoires, importants ou indirects causés par des défaillances matérielles ou de fabrication, ou par tout retard de réparation ou de remplacement de la ou des pièce(s) défectueuses.

16. Les défaillances dues à une mauvaise application.

17. Les frais de téléphone, de téléphone portable, de fax, d'accès à Internet ou d'autres moyens de communication.

18. Les frais d'hébergement ou de transport de la ou des personne(s) réalisant l'entretien, sauf si cela est spécifiquement inclus dans les termes d'une période de garantie d'une unité spécifique.

19. Les dépenses liées à « l'instruction du client » ou au dépannage lorsqu'aucun défaut n'est détecté.

20. Les équipements loués utilisés pendant la réalisation des réparations dans le cadre de la garantie et/ou les frais de transport de nuit pour la (les) pièce(s) de rechange.

21. Les coûts engagés pour l'équipement utilisé pour l'enlèvement et/ou la réinstallation de la génératrice, (par exemple : des grues spéciales, des palans, systèmes de levage, etc.)

22. Les avions, les traversiers, le chemin de fer, les autobus, les hélicoptères, les motoneiges, les dameuses, les véhicules hors route ou tout autre moyen de transport considéré comme inhabituel.

23. Les batteries de démarrage, fusibles, ampoules et fluides du moteur.

LA PRÉSENTE GARANTIE REMPLACE TOUTES LES AUTRES GARANTIES, IMPLICITES OU EXPLICITES. EN PARTICULIER, GENERAC N'ÉMET AUCUNE GARANTIE DE CONFORMITÉ OU D'USAGE POUR UN OBJECTIF PARTICULIER. Toutes les garanties implicites qui sont autorisées par loi, seront limitées dans la durée selon les termes de la présente garantie. Certains États et provinces ne permettent pas la limitation de la durée des garanties implicites. La limitation mentionnée ci-dessus pourrait donc ne pas s'appliquer à votre cas. GENERAC NE SERA RESPONSABLE QUE DE LA RÉPARATION OU DU REMPLACEMENT DE LA OU DES PIÈCES TEL QUE SUSMENTIONNÉ. EN AUCUN CAS GENERAC NE POURRA ÊTRE TENU RESPONSABLE DE TOUT DOMMAGE ACCESSOIRE OU IMPORTANT, MÊME SI CE DOMMAGE DÉCOULE DIRECTEMENT D'UNE NÉGLIGENCE DE GENERAC. Certains États ou provinces ne permettent pas l'exclusion ou la restriction des dommages indirects ou accessoires. Les restrictions mentionnées ci-dessus pourraient donc ne pas s'appliquer à votre cas. Cette garantie vous donne des droits légaux spécifiques. Votre état vous confère également d'autres droits.

POUR L'AUSTRALIE UNIQUEMENT : Nos produits sont fournis avec des garanties qui ne peuvent être exclues en vertu de la loi australienne sur la consommation (Australian Consumer Law). Vous avez le droit à un remplacement ou un remboursement pour une défaillance majeure et à une indemnisation pour toute autre perte ou dommage raisonnablement prévisible. Vous disposez également d'un droit à la réparation ou au remplacement si les produits ne sont pas d'une qualité acceptable et si cette défaillance n'est pas considérée comme majeure. Pour tout renseignement supplémentaire sur les produits ou sur le service en Australie, veuillez communiquer avec Allpower par téléphone au +61 1800-333-428 ou vous rendre sur le site Internet à cette adresse : www.allpower.com.au.

POUR LA NOUVELLE-ZÉLANDE UNIQUEMENT : Cette garantie n'exclut, ne restreint ni ne modifie aucune condition, aucun droit de garantie ou recours qui, conformément à la législation de Nouvelle-Zélande (Commonwealth ou État), y compris la loi sur la pratique commerciale loyale de 1986 (Fair Trading Practices Act) ou la loi sur la protection du consommateur de 1993 (CGA ou Consumer Guarantees Act), s'applique à cette garantie limitée et ne peut pas être exclue, restreinte ou modifiée. Cette garantie n'est en aucun cas destinée à contourner les dispositions du CGA, sauf dans la mesure permise par cette loi, et ces termes doivent être modifiés dans la mesure nécessaire pour donner effet à cette intention. Si vous faites l'acquisition d'un produit chez Generac Power Systems ou auprès des distributeurs et revendeurs autorisés à des fins commerciales, alors, conformément à la section 43(2) de la CGA, il est convenu que les dispositions du CGA ne s'appliquent pas. Pour tout renseignement supplémentaire sur les produits ou sur le service en Nouvelle-Zélande, veuillez communiquer avec Allpower par téléphone au +64 09-269-1160 ou vous rendre sur le site Internet à cette adresse : www.allpower.com.nz.

GENERAC POWER SYSTEMS, INC. • P.O. BOX (boîte postale) 8 • Waukesha, WI, USA 53187

Tél. : (888) GENERAC (436-3722) • Fax : (262) 544-4851

Pour localiser le dépositaire autorisé le plus proche et télécharger des schémas, les vues éclatées de pièces et les listes des pièces, visitez notre site Web : www.generac.com

Page "6"

## ОГРАНИЧЕННАЯ ГАРАНТИЯ GENERAC POWER SYSTEMS НА "ПЯТЬ ЛЕТ" ДЛЯ "АВТОМАТИЧЕСКИХ ГЕНЕРАТОРОВ РЕЗЕРВНОГО ПИТАНИЯ С ВОЗДУШНЫМ ОХЛАЖДЕНИЕМ"

На период в пять (5) с момента успешной активации оборудования компания Generac Power Systems, Inc. (Generac) гарантирует, что генератор резервного питания ее производства не будет содержать дефектов материала или изготовления в компонентах и в течение периода, указанных ниже. Generac обязуется, на свое усмотрение, выполнить ремонт или замену компонента (-ов), который(-е) по результатам проверки, осмотра и тестирования, осуществленных Generac или ее уполномоченным/сертифицированным представителем по техническому обслуживанию, был(и) признан(ы) дефектным(и). Любое оборудование, которое его покупатель/владелец считает неисправным или имеющим неполадку, должно пройти проверку у ближайшего уполномоченного/сертифицированного представителя по техническому обслуживанию. Данное гарантийное обязательство действительно только для аварийных автоматических резервных генераторов производства Generac, используемых в "резервных" системах электроснабжения в соответствии с определением Generac термина "Резервный". Выполнение планового технического обслуживания (как указано в руководстве пользователя генератора) является обязательным. Все работы по плановому техническому обслуживанию должны выполняться специалистами уполномоченного/сертифицированного представителя Generac по техническому обслуживанию. Это будет служить подтверждением проведения ремонтных работ в течение гарантийного срока.

### ГАРАНТИЙНЫЙ ГРАФИК

ПЕРВЫЙ и ВТОРОЙ ГОД — ограниченная всесторонняя гарантия на перевозку, трудовые ресурсы и детали.
ТРЕТИЙ ГОД — ограниченная всесторонняя гарантия на детали.
ГОД ЧЕТВЕРТЫЙ и ПЯТЫЙ — ограниченная полная защита только деталей двигателя (короткий блок) и генератора переменного тока (ротор и статор).

МЕЖДУНАРОДНОЕ ПРИМЕНЕНИЕ (ЗА ПРЕДЕЛАМИ США И КАНАДЫ) — ограничено 1000 часов эксплуатации.
ГОД ПЕРВЫЙ и ВТОРОЙ — ограниченная полная защита пробега, работы и деталей.
ГОД ТРЕТИЙ — ограниченная полная защита деталей.

### РЕКОМЕНДАЦИИ:

1. Гарантия на перевозку ограничивается 100 милями (161 км) и тремя (3) часами (за событие) дороги в оба конца для доставки генератора ближайшему уполномоченному/сертифицированному представителю Generac по техническому обслуживанию.
2. Гарантия начинает действовать с момента успешного ввода устройства в эксплуатацию.
3. Генератор должен быть зарегистрирован, при этом, следует иметь в наличии документ, подтверждающий его покупку и проведение технического обслуживания.
4. Гарантия подлежит передаче при смене владельца места его первоначальной установки.
5. Гарантия распространяется только на смонтированные устройства со стационарной проводкой.
6. Все гарантийные ремонтные работы должны выполняться только персоналом уполномоченного/сертифицированного представителя Generac по техническому обслуживанию или специалистом по его рекомендации. Возмещению не подлежат расходы, связанные с работами по ремонту или диагностике, выполненные специалистами, не являющимися сотрудниками уполномоченного/сертифицированного представителя Generac по техническому обслуживанию и не имеющими особого письменного разрешения Generac.
7. В комплекте с блоком генератора настоятельно рекомендуется использовать передаточный ключ производства Generac. Действие гарантии не распространяется на оборудование в том случае, если поломка генераторного блока непосредственно связана с работой передаточного ключа, который не является продукцией Generac.
8. Стальные корпуса имеют гарантию на возникновение ржавчины лишь в течение первого года с момента покупки. Ликвидация ущерба, причиненного генератору после его получения владельцем, входит в обязанности владельца и не покрывается настоящим гарантийным обязательством. Любые трещины, царапины или вмятины на окрашенной поверхности корпуса должны быть устранены владельцем в кратчайшие сроки.
9. Компенсация всех затрат на гарантийный ремонт осуществляется в соответствии с условиями, указанными в Руководстве Generac по сервисному обслуживанию.

### НАСТОЯЩЕЕ ГАРАНТИЙНОЕ ОБЯЗАТЕЛЬСТВО НЕ РАСПРОСТРАНЯЕТСЯ НА:

1. Любое устройство, созданное/произведенное до моделей 2013 года с контроллером Evolution.
2. Повреждение любого из гарантийных компонентов и косвенные убытки вследствие использования деталей сторонних производителей не покрываются гарантией.
3. Расходы, связанные с обычным техническим обслуживанием (например, наладка, замена некоторых деталей, регулировка, замена крышек и наконечников, установка и ввод в эксплуатацию).
4. Устройства, проданные, предназначенные или применяемые в составе основных систем энергоснабжения, установленных на прицепах или сдаваемых в аренду (в соответствии с принятыми в Generac определениями вышеуказанных понятий). Для получения информации о точных значениях данных терминов свяжитесь с торговым представителем Generac.
5. Расходы, возникшие в результате повреждения генераторной системы (в том числе, передаточного ключа), из-за ненадлежащей установки и технического обслуживания, а также расходы, связанные с надлежащей установкой оборудования.
6. Расходы, связанные с эксплуатацией оборудования в качестве основного источника питания в местах, оборудованных основным источником питания (т.е. где имеется питание от основного источника) или в местах, оборудованных основным источником питания, но электроснабжение от которого отсутствует.
7. Расходы, связанные с установкой топливных соединений и систем, которые не являются традиционными системами подачи природного газа или традиционными системами отвода газообразного жидкого пропана.
8. Любая поломка, связанная с примесями в топливе, масле, хладагенте, антифризе или с отсутствием требуемого топлива, масла, хладагента или антифриза.
9. Корпуса из стали, покрывшиеся ржавчиной в результате ненадлежащей установки, расположения в агрессивной среде или под воздействием соленой воды, а также с царапинами (повреждением окрашенной поверхности).
10. Неполадки, связанные с (но не ограниченно) естественным износом, несчастным случаем, неправильным обращением, злоупотреблением, халатностью или ненадлежащей установкой. Для правильной и непрерывной работы двигателей Generac требуется регулярно проводить техническое обслуживание его компонентов и замену жидкостей. Настоящее гарантийное обязательство не распространяется на ремонтные работы по замене компонентов двигателя, срок службы которых закончился в результате нормальной эксплуатации двигателя.

## Гарантийные обязательства

11. Повреждения, вызванные каким-либо внешним воздействием или стихийным бедствием, таким как столкновение, кража, акт вандализма, массовые беспорядки или военные действия, ядерная катастрофа, пожар, замерзание, попадание молнии, землетрясение, ураган, град, извержение вулкана, затопление или наводнение, торнадо или тропический циклон.

12. Повреждения, нанесенные грызунами и/или насекомыми.

13. Устройства, подверженные модификациям без предварительного получения письменного разрешения Generac.

14. Расчет стоимости часа работ при проведении гарантийного ремонта производится на основе стоимости стандартного часа подобной работы. Оплата сверхурочной работы, работ в выходные дни или расходов, связанных со срочным ремонтом вне стандартных часов работы, является обязанностью покупателя.

15. Любые случайные, логические или косвенные повреждения, возникшие в результате имеющихся дефектов материала, ненадлежащего выполнения работ или задержки в осуществлении ремонта или замены дефектных деталей.

16. Поломки, связанные с неправильным применением.

17. Расходы, связанные с телефонными переговорами, отправкой факсов, мобильной связью, использованием сети Интернет и другими методами коммуникации.

18. Расходы на проживание или транспортные расходы лица (лиц), выполняющего (-их) работы, за исключением случаев, включенных в условия гарантийного обслуживания конкретной установки.

19. Расходы, связанные с "информированием покупателя" или диагностикой неисправностей в случае отсутствия заводского брака.

20. Расходы, связанные с арендой оборудования на время гарантийного ремонта поврежденного устройства и/или расходы по срочной доставке запасных частей (части).

21. Расходы, связанные с использованием оборудования для извлечения и/или повторной установки генератора (например, подъемные краны, лебедки, лифты и т.д.).

22. Расходы на самолет, паром, железнодорожный транспорт, автобус, вертолет, аэросани, ратрак, внедорожник и любое другое транспортное средство, не считающееся стандартным.

23. Пусковой аккумулятор, предохранители, электрические лампочки и жидкости для двигателя.

НАСТОЯЩАЯ ГАРАНТИЯ ЗАМЕНЯЕТ ВСЕ ДРУГИЕ ГАРАНТИЙНЫЕ ОБЯЗАТЕЛЬСТВА, ПРЯМО ВЫРАЖЕННЫЕ ИЛИ ПОДРАЗУМЕВАЕМЫЕ. В ЧАСТНОСТИ, GENERAC НЕ ПРЕДОСТАВЛЯЕТ НИКАКИХ ДРУГИХ ГАРАНТИЙ, КАСАЮЩИХСЯ КОММЕРЧЕСКОГО КАЧЕСТВА ОБОРУДОВАНИЯ ИЛИ ЕГО СООТВЕТСТВИЯ КАКОЙ-ЛИБО ОПРЕДЕЛЕННОЙ ЦЕЛИ ПРИМЕНЕНИЯ. Период действия каких-либо косвенных гарантий, обеспечиваемых действующим законодательством, ограничивается условиями настоящего гарантийного обязательства. Законодательство некоторых государств не ограничивает длительность косвенной гарантии, таким образом, вышеуказанное ограничение может не применяться по отношению к вам. В ОБЯЗАННОСТИ GENERAC ВХОДИТ ТОЛЬКО РЕМОНТ ИЛИ ЗАМЕНА ВЫШЕУКАЗАННЫХ ДЕТАЛЕЙ. НИ ПРИ КАКИХ ОБСТОЯТЕЛЬСТВАХ GENERAC НЕ НЕСЕТ ОТВЕТСТВЕННОСТИ ЗА ЛЮБОЙ СЛУЧАЙНЫЙ ИЛИ КОСВЕННЫЙ УЩЕРБ, ДАЖЕ ЕСЛИ ОН ЯВЛЯЕТСЯ НЕПОСРЕДСТВЕННЫМ РЕЗУЛЬТАТОМ ХАЛАТНОСТИ GENERAC. Законодательство некоторых государств требует включать в гарантийное обязательство все исключения, связанные со случайным или косвенным ущербом, таким образом, приведенное выше положение может к вам не применяться. Настоящее гарантийное обязательство предоставляет вам конкретные юридические права. В зависимости от законодательства государства вашего проживания, вы можете иметь дополнительные права.

ТОЛЬКО ДЛЯ АВСТРАЛИИ. Наша продукция поставляется с гарантиями, которые не могут быть исключены в соответствии с Законом "О защите прав потребителей" в Австралии. Вы уполномочены заменить или возместить серьезную неисправность, а также компенсировать любые другие обоснованно прогнозируемые убытки или повреждения. Вы также уполномочены осуществить ремонт или замену товаров ненадлежащего качества и товаров с незначительными неисправностями. По вопросам обслуживания или относительно продукции в Австралии обращайтесь в компанию Allpower по телефону 1800-333-428 или посетите веб-сайт компании Allpower: www.allpower.com.au.

ТОЛЬКО ДЛЯ НОВОЙ ЗЕЛАНДИИ. Данные гарантийные обязательства не исключают, не ограничивают и не изменяют ни одно из условий, прав или средств правовой защиты, которые в соответствии с законодательством Новой Зеландии (государственным или законодательством Содружества), включая Закон "О честной конкуренции" 1986 г. или Закон "О гарантиях потребителей" 1993 г. ("CGA"), применяются к данной ограниченной гарантии и не могут быть исключены, ограничены или изменены таким образом. В данных обязательствах нет намерений обойти положения CGA, кроме положений в том Законе, и эти условия могут быть изменены в необходимом объеме, чтобы допустить применение того намерения. Если вы приобретаете продукцию у компании Generac Power Systems или любого из ее авторизованных реселлеров или дилеров с целью ведения предпринимательской деятельности, то в соответствии с разделом 43(2) Закона CGA стороны соглашаются с тем, что положения CGA применяются не будут. По вопросам обслуживания или относительно продукции в Новой Зеландии обращайтесь в компанию Allpower по телефону 09-269-1160 или посетите веб-сайт компании Allpower: www.allpower.com.nz.

**GENERAC POWER SYSTEMS, INC. • P.O. BOX 8 • Waukesha, WI, USA 53187**
**Тел: (888) GENERAC (436-3722) • Факс: (262) 544-4851**

Чтобы найти ближайшего к вам уполномоченного представителя, скачать принципиальные схемы, детальные виды компонентов и списки элементов, зайдите на наш веб-сайт: www.generac.com

## GARANTIA LIMITADA DE "CINCO ANOS" GENERAC POWER SYSTEMS PARA DE
## "GERADORES DE RESERVA AUTOMÁTICOS DE EMEEGÊNCIA REFRIGERADOS A AR"

Por um período de cinco (5) anos de ativação bem-sucedida da unidade, a Generac Power Systems, Inc. (Generac) garante que seu gerador de reserva estará livre de defeitos de material e fabricação para os itens e período estipulados abaixo. A Generac, a seu critério, irá reparar ou substituir quaisquer peças que, após avaliação, inspeção e testes feitos pela Generac ou por um Revendedor Autorizado/Credenciado Generac, sejam identificadas como defeituosas. Qualquer equipamento que o comprador/proprietário afirmar estar com defeito deve ser avaliado pelo Revendedor Autorizado/Credenciado Generac mais próximo. Essa garantia somente se aplica a geradores reserva automáticos de emergência Generac, usados em aplicações de "Reserva", conforme a definição de "Reserva" da Generac. A Manutenção programada é obrigatória, conforme descrito no manual do proprietário do gerador. A Manutenção Programada deve ser feita por um Revendedor Autorizado/Credenciado Generac. Isso irá garantir que o serviço foi realizado na unidade durante todo o período de garantia.

### CRONOGRAMA DA GARANTIA

PRIMEIRO E SEGUNDO ANO – cobertura limitada abrangente de quilometragem, mão de obra e peças.
TERCEIRO ANO – cobertura limitada abrangente de peças.
QUARTO E QUINTO ANOS – cobertura limitada abrangente do motor (motor parcial sem cabeçote) e somente as peças do alternador (rotor e estator).

APLICAÇÃO INTERNACIONAL (FORA DOS EUA E CANADÁ) - limitada a 1.000 horas de operação.
PRIMEIRO E SEGUNDO ANO – cobertura limitada abrangente de quilometragem, mão de obra e peças.
TERCEIRO ANO – cobertura limitada abrangente de peças.

### ORIENTAÇÕES:

1.  Os subsídios de transporte são limitados a viagens ida/volta de no máximo 160 quilômetros e três (3) horas (por ocorrência) ao Revendedor Autorizado/ Credenciado Generac.
2.  A garantia começa após a ativação bem-sucedida da unidade.
3.  A unidade deve ser registrada e a nota fiscal e comprovação de manutenção devem ser disponibilizadas.
4.  A garantia pode ser transferida em caso de permanência no local original de propriedade.
5.  A garantia somente se aplica a unidades com fiação permanentemente montada.
6.  Quaisquer reparos em garantia e/ou preocupações devem ser executados e/ou tratados por um Revendedor Autorizado/Credenciado Generac ou filial. Reparos ou diagnósticos executados por indivíduos que não sejam Revendedores Autorizados/Credenciados Generac não serão cobertos.
7.  É altamente recomendado o uso de uma Chave de transferência Generac com o conjunto do gerador. A garantia não será aplicada se uma chave de transferência não original for utilizada como peça de substituição e diretamente causar danos ao conjunto do gerador.
8.  Os gabinetes de aço têm garantia contra ferrugem para o primeiro ano de propriedade apenas. Danos causados após o recebimento do gerador são de responsabilidade do proprietário e não são cobertos por essa garantia. Cortes, arranhões ou riscos no gabinete pintado devem ser reparados imediatamente pelo proprietário.
9.  Todos os subsídios de despesas de garantia estão sujeitos às condições definidas no Manual de política de manutenção geral da Generac.

### ESSA GARANTIA NÃO SE APLICA AOS ITENS A SEGUIR:

1.  Qualquer unidade fabricada antes dos modelos de 2013 com o Evolution Controller.
2.  Danos a quaisquer componentes cobertos ou danos resultantes do uso de peças não-OEM não estão cobertos pela garantia.
3.  Custos de manutenção normais (ou seja, ajustes, peças associadas, braçadeiras soltas/com vazamento, instalação e inicialização).
4.  Unidades vendidas, avaliadas ou utilizadas para "Energia primária", "instalação em trailer" ou aplicações de "Unidade de aluguel", conforme definido pela Generac. Entre em contato com um distribuidor da Generac para verificar a definição de Energia primária, Montado em trailer ou Unidade de aluguel.
5.  Danos ao sistema de gerador (incluindo a chave de transferência) causado por instalação incorreta, manutenção ou custos necessários para a instalação correta.
6.  Unidades usadas para Energia primária no lugar da rede pública existente (onde a energia externa estiver presente) ou no lugar do da rede pública onde o serviço não existir normalmente.
7.  Conexões de combustível diferentes das conexões convencionais dos sistemas da companhia de fornecimento de gás natural ou sistemas convencionais de retirada de vapor LP.
8.  Qualquer falha causada por contaminação de combustíveis, óleos, líquidos de arrefecimento/anticongelante ou falta de combustíveis adequados, óleos ou agentes refrigerantes.
9.  Gabinetes de aço que estão oxidando devido à instalação inadequada, localização em um ambiente com condições extremas, presença de água salgada ou arranhados onde a integridade da tinta aplicada for prejudicada.
10. Falhas devido, mas não limitadas, ao desgaste normal, acidentes, uso indevido, abuso, negligência ou instalação incorreta. Assim como todos os outros dispositivos mecânicos, os motores da Generac precisam de manutenção e substituição de peça(s) e fluido para funcionar conforme projetado. Essa garantia não cobre reparos quando o uso normal esgotou a vida útil de uma peça ou do motor.
11. Falhas causadas por qualquer causa externa ou eventos de força maior como, por exemplo, colisão, roubo, vandalismo, distúrbios ou guerras, holocausto nuclear, incêndio, congelamento, relâmpago, terremoto, tempestade de vento, granizo, erupção vulcânica, água ou inundação, tornado ou furacão.
12. Danos relacionados à infestação por roedores ou insetos.
13. Produtos modificados ou alterados de forma não autorizada por escrito pela Generac.
14. A cobertura das taxas de mão de obra da garantia baseiam-se no horário comercial normal. Horas extras, feriados ou custos de mão de obra de emergência para reparos fora do horário comercial normal serão de responsabilidade do cliente.
15. Quaisquer danos acidentais, consequenciais ou indiretos causados por defeitos de material ou de fabricação, ou qualquer atraso na reparação ou substituição das peças com defeito.
16. Falha devido a má aplicação.
17. Despesas de telefone fixo, telefone celular, fax, acesso à internet ou outras despesas de comunicação.

Page "9"

# Garantia

18. Despesas gerais ou de viagem das pessoas que efetuam o serviço, exceto quando especificamente incluídas nos termos de um período de garantia específico da unidade.
19. Despesas relacionadas a "instruções do cliente" ou solução de problemas onde nenhum defeito de fabricação é encontrado.
20. Aluguel de equipamentos usados durante reparos de garantia e/ou custos de frete expresso (overnight) de peças de reposição.
21. Custos de equipamentos utilizados para remoção e/ou reinstalação do gerador, (isto é: guindastes, talhas, elevadores, etc.)
22. Aviões, balsas, ferrovias, ônibus, helicópteros, motos de neve, veículos off-road ou qualquer outro modo de transporte considerado anormal.
23. Baterias de partida, fusíveis, lâmpadas e fluidos do motor.

ESSA GARANTIA SOBREPÕE TODAS AS OUTRAS GARANTIAS, EXPRESSAS OU IMPLÍCITAS. ESPECIFICAMENTE, A GENERAC NÃO FORNECE OUTRAS GARANTIAS QUANTO À COMERCIABILIDADE OU ADEQUAÇÃO A UMA FINALIDADE ESPECÍFICA. Quaisquer garantias implícitas permitidas por lei são limitadas em duração aos termos da garantia expressa aqui prevista. Alguns estados não permitem limitações na duração de uma garantia implícita, portanto a limitação acima pode não se aplicar a você. A ÚNICA RESPONSABILIDADE DA GENERAC SERÁ A REPARAÇÃO OU A SUBSTITUIÇÃO DA(S) PEÇA (S), CONFORME INDICADO ACIMA. EM NENHUM EVENTO A GENERAC SERÁ RESPONSÁVEL POR QUAISQUER DANOS INCIDENTAIS OU CONSEQUENTES, MESMO QUE TAIS DANOS SEJAM RESULTADO DIRETO DE NEGLIGÊNCIA DA GENERAC. Alguns estados não permitem a exclusão ou limitações de danos acidentais ou consequentes, portanto a limitação acima pode não se aplicar a você. Essa garantia lhe fornece direitos legais específicos. Você também poderá ter outros direitos conforme o estado.

**SOMENTE PARA A AUSTRÁLIA:** Nossos produtos têm garantias que não podem ser excluídas ao abrigo da lei do consumidor australiano. Você tem direito a uma substituição ou reembolso de uma falha crítica e indenização por qualquer outra perda razoavelmente previsível ou danos. Você também tem direito a ter os produtos reparados ou substituídos se eles não apresentarem qualidade aceitável e não levarem a uma falha crítica. Para serviços ou outras informações sobre produtos na Austrália, entre em contato com a Allpower pelo telefone 1800-333-428 ou visite o site da Allpower em www.allpower.com.au.

**SOMENTE PARA A NOVA ZELÂNDIA:** Nada nessa garantia exclui, limita ou modifica qualquer condição, garantia, direito ou correção que, em conformidade com a legislação da Nova Zelândia (Estado ou Commonwealth), incluindo Fair Trading Practices Act de 1986 ou Consumer Guarantees Act 1993 ("CGA"), se aplica a essa garantia limitada e pode não ser excluído, limitado ou modificado. Nada nessa declaração destina-se a ter o efeito de contratação fora das disposições da CGA, exceto na medida permitida pela referida lei, e esses termos devem ser modificados conforme necessário para efeito dessa intenção. Se você adquirir da Generac Power Systems ou qualquer um de seus revendedores e distribuidores autorizados para fins comerciais, de acordo com os termos da seção 43(2) da CGA, fica acordado que não se aplicam as disposições da CGA. Para serviços ou outras informações sobre produtos na Nova Zelândia, entre em contato com a Allpower pelo telefone 09-269-1160 ou visite o site da Allpower em www.allpower.com.nz.

**GENERAC POWER SYSTEMS, INC. • P.O. BOX 8 • Waukesha, WI, USA 53187**
**Fone: (888) GENERAC (436-3722) • Fax:(262) 544-4851**

Para localizar o Revendedor autorizado mais próximo e fazer o download de diagramas, visão explodida de peças e listas de peças, visite nosso
site em: www.generac.com

Nº da peça 0K2374

Revisão D (14/09)

Page "10"