IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY THOMAS,

    Plaintiff,

v.                                      Case No. 4:18cv421-MW/CAS

GENERAC POWER SYSTEMS
INCORPORATED,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's Motion for Reconsideration, construed by this Court as objections to the report and recommendation, ECF No. 11. Accordingly,

    **IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** and the Complaint **REMANDED** to the Third Judicial Circuit of the State of Florida, Madison County, Florida. All pending motions are **DENIED**." The Clerk shall close the file.

    **SO ORDERED** on October 9, 2018

                                                      **s/ MARK E. WALKER**
                                                      **Chief United States District Judge**