UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY THOMAS

    VS                                                     CASE NO.  4:18cv421-MW/CAS

GENERAC POWER SYSTEMS
INCORPORATED

**JUDGMENT**

This case is DISMISSED and the Complaint REMANDED to the Third Judicial Circuit of the State of Florida, Madison County, Florida. All pending motions are DENIED.

                                                                               JESSICA J. LYUBLANOVITS
                                                                               CLERK OF COURT

October 9, 2018                                     s/ Victoria Milton McGee
DATE                                                   Deputy Clerk: Victoria Milton McGee